**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Ronald Eugene VOLLMAR, Jr., aka David A. Glass, aka Daniel Kowalyshyn, aka Justin Lyle, Defendant—Appellant.**

**No. 03–10318.**

**D.C. No. CR–99–00618–ROS.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 4, 2005.*

Decided April 11, 2005.

W. Allen Stooks, Asst. U.S. Atty., Ondre Jackson Williams, Thomas C. Simon,

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

USPX—Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Ronald Eugene Vollmar, Jr., Florence, AZ, pro se.

Before KOZINSKI, HAWKINS and CLIFTON, Circuit Judges.

MEMORANDUM**

Ronald Eugene Vollmar, Jr. appeals the 24-month sentence imposed following the revocation of his supervised release. We dismiss this appeal as moot because Vollmar has recently completed serving his entire sentence, and thus lacks standing to raise any challenge to it. *See United States v. Palomba,* 182 F.3d 1121, 1123 (9th Cir.1999) (citing *Spencer v. Kemna,* 523 U.S. 1, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998)).

**DISMISSED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.